IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **THOMAS MONTRIL BROWN**, | ) | CRIMINAL NO: 4:05-770 |
| Petitioner, | ) | CIVIL NO: 4:08-70050 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| Respondent. | ) | |

The United States of America ("Government") filed a supplemental response to the petitioner's response motion to vacate pursuant to 28 U.S.C. § 2255 on March 22, 2010. (Doc. #273). In the response, the Government makes reference to an affidavit to be filed by trial defense counsel. However, the record contains no such affidavit. The Government is directed to obtain an affidavit from trial defense counsel within fifteen (15) days of the entry of this Order.

    **IT IS SO ORDERED.**

    s/ Terry L. Wooten
    United States District Judge

April 26, 2010
Florence, South Carolina